UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CORBIN ARMSTRONG
    Petitioner,

v.

LUIS SPENCER,
    Respondent.

FILED
IN CLERK'S OFFICE

2004 APR -1  P 2:32

C.A. NO. 1:02-CV-11674

U.S. DISTRICT COURT
DISTRICT OF MASS.

### MOTION OF PROCESS OF SERVICE

Now comes the petitioner, Corbin Armstrong, respectfully and moves this Honorable Court to recognize that in accordance to the ruling of the Court, the Respondent has been served a copy of the Petitioner's Second Petition for Writ of Habeas Corpus in accordance to the ruling of this Court.

The petitioner asserts that he has completed service upon the respondent, via the Attorney General's Office, William J. Coughlin on March 18, 2004. See Exhibit "A."

For the foregoing compliance of order, the petitioner requests that he be allowed to proceed accordingly.

Respectfully submitted,

x _Corbin R Armstrong_
Corbin Armstrong
P.O. Box 43
Norfolk, MA 02056

Dated: 3/30/04

### CERTIFICATE OF SERVICE

I hereby state that I have mailed a copy of the foregoing upon the Attorney General's Office by first class mail, postage prepaid on the 30th day of March, 2004.

x _Corbin R Armstrong_
Corbin Armstrong

Dated: 3/30/04

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Atty Gen Office
    1 Ashburton Pl
    Boston Mass

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: William J. Coughlin ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: MAR 18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7003 1680 0006 5950 2828

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

EXHIBIT "A"

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Corbin Armstrong 72

MCI NORFOLK
P.O. BOX 43
NORFOLK, MA 02056