UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CORBIN ARMSTRONG )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>LUIS SPENCER )<br>)<br>Respondent. )<br>) | Civil Action No. 02-11674-DPW |

**MOTION TO ENLARGE THE TIME
FOR FILING A RESPONSIVE PLEADING**

The respondent,, through counsel, respectfully moves this Court to enlarge the time in which to file an answer or other responsive pleading to the above-captioned petition for writ of habeas corpus to June 25, 2004.

As grounds therefor, the respondents' attorney states that Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts requires the respondent to answer each allegation of the complaint and state whether the petitioner has exhausted state remedies including post-conviction actions. The Rule also requires that the respondent indicate what transcripts or parts of state court proceedings are available.

To this end, the respondent's attorney is in the process of locating the complete record of the petitioner's state court proceedings from the Hampshire County District Attorney's office and the archives of the Attorney General's office. Additional time is needed to review all the documents and transcripts when they are located and arrive, to research relevant issues and to draft an appropriate response to the petition. In addition, the respondent's attorney is responsible for numerous post-conviction cases which include numerous federal habeas corpus petitions as

2

well as direct criminal appeals, civil rights litigation and parole and probation matters.

In the next several weeks the undersigned counsel has the following litigation responsibilities: researching and drafting a brief for the First Circuit in a habeas corpus appeal, Delarosa v. Bissonnette, First Circuit No. 03-2559; reviewing documents, drafting Answers and Supplemental Answers or Motions to Dismiss in six federal habeas corpus petitions, Mendez v. Allard, C. A .No. 03-11417-MLW; Vinton v. Nolan, C.A. No. 04-10209-DPW; and Quinerly v. Spencer, 03-12552-GAO; Gordon v. Allen, C.A. No. C. A. No. 02-12300-RCL ; Toon v. Spencer, C. A. No. 03-12104-JLT and the instant petition, Armstrong v. Spencer, C.A. No. 02-11674-DPW

Also, undersigned counsel is going on a long-planned family vacation for two weeks in May to attend her nephew's graduation in California.

WHEREFOR, the respondent respectfully moves this Court to enlarge the time for filing an answer or other responsive pleading in the above-captioned petition to June 25, 2004.

                              Respectfully submitted,

                              THOMAS F. REILLY
                              ATTORNEY GENERAL

                              */s/ Annette C. Benedetto*
                              Annette C. Benedetto
                              Assistant Attorney General
                              Criminal Bureau
                              One Ashburton Place
                              Boston, Massachusetts 02108
                              (617) 727-2200
                              BBO No. 037060

3

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached motion and notice of appearance was served upon the following petitioner pro se by first class mail, postage pre-paid, on April 20, 2004.

Corbin Armstrong, pro se
MCI- Norfolk
2 Clark Street
P.O Box 43]
Norfolk, MA 02056

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| CORBIN ARMSTRONG ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 02-11674-DPW |
| v. ) | |
| ) | |
| LUIS SPENCER ) | |
| ) | |
| Respondent. ) | |

### NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the respondent in the above-captioned matter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

April 20, 2004

Anthony Anastas, Clerk
United States District Court for the
  District of Massachusetts
One Courthouse Way
Suite 2300
Boston, MA 02210

      RE: Armstrong v. Spencer
          C.A. No. 002-11674-DPW

Dear Mr. Anastas:

    Enclosed please find for filing in the above-captioned matter the Respondent's Motion to Enlarge the Time for Filing a Responsive Pleading, Notice of Appearance and Certificate of Service.

    Thank you for your attention to this matter.

Very truly yours,

*Annette C. Benedetto*

Annette C. Benedetto
Assistant Attorney General
Criminal Bureau

Enclosures

cc. C. Armstrong, pro se