UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CORBIN ARMSTRONG,<br>Petitioner,<br><br>v.<br><br>LUIS SPENCER,<br>Respondent. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-10587)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS

The respondent in the above-captioned matter respectfully moves this Court to dismiss the action for failure to state a claim upon which habeas corpus relief under 28 U.S.C. § 2254 can be granted. Fed. R. Civ. P. 12(b)(6). A memorandum in support of this motion is attached.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060