UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CORBIN ARMSTRONG
    Petitioner,

v.

                                                      C.A. No. 04-10587-DPW

LUIS SPENCER,
    Respondent.

### PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO DISMISS

Now comes the petitioner, who respectfully moves this Honorable Court to deny the respondent's motion to dismiss.

The petitioner based this upon the memorandum of law attached herein.

                                            Respectfully submitted,

                                            Corbin R Armstrong

Dated: 7/31/04
                                            Corbin Armstrong
                                            P.O. Box 43
                                            Norfolk, MA 02056