FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 FEB -8 P 3: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CORBIN ARMSTRONG,<br>    Petitioner,<br><br>v.<br><br>LUIS SPENCER,<br>    Respondent. | Civil Action No. 04-10587 |

## CERTIFICATE OF SERVICE

I hereby certify that trial transcripts of the petitioner's state court trial (four volumes) was served upon the petitioner pro se by first class mail, postage pre-paid, on February 8, 2005, at the address below:

Corbin Armstrong, pro se
MCI- Norfolk
2 Clark Street
P.O Box 43]
Norfolk, MA 02056

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060