UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CORBIN ARMSTRONG

      V.                    CIVIL ACTION NO. 04-10587-DPW
                                (Refiling of C.A.02-11674-DPW)

LUIS SPENCER

## ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order (14) issued February 10, 2005, granting respondent's motion to dismiss the petition, is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                          BY THE COURT,

                                          /s/ Michelle Rynne
                                          Deputy Clerk

DATED: February 10, 2005