TO: Mail Officer

FR: Corbin Armstrong
    W67212, 7-2

RE: Copy of Legal Mail Roster 2/10/05 to 3/10/05

DT: August 22, 2005


Dear Madam/Sir:

    I am requesting copy of Legal Mail Rosters from 2/10/05 to 3/10/05, of legal mail from the Courts.

    It was acknowledged from the Clerk of the United States District Court, that certain documents were mailed to this facility for me. To date I have not received these documents, and I need to validate that no legal mail was received by me from 2/10/05 to 3/10/05.

    Your assistance in this matter will help to resolve this miscommunication.

                                  Thank you,

                                  *Corbin R Armstrong*
                                  Corbin Armstrong


cc: Clerk, USDC
    File