Corbin Armstrong
P.O. Box 43
Norfolk, MA 02056

August 22, 2005

Clerk of the
United States District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210

    RE: Armstrong v. Spencer
        No. 04-cv-10587 DPW
        Notice of Dismissal

Dear Clerk:

    I am writing to this office to acknowledge that in my communication of 8/5/05, I received a response that my petition for writ of habeas corpus was denied 2/10/05, without notice served upon me.

    I have not been provided actual notice nor the opportunity to challenge such a ruling and for these reasons, I am requesting a copy of that dismissal as well as verification that a copy was mailed to this facility. I have requested the mail officer to provide mail log with my name and receipt of mail from 2/10/05 to 3/10/05, in order to verify that no notice was ever served upon me.

    I am requesting this extension which will allow me to obtain certificate of appealability.

    Your attention to this matter is greatly appreciated.

               Sincerely,

               *Corbin R Armstrong*
               Corbin Armstrong

cc: File