UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CORBIN ARMSTRONG

v.                                    C.A. No. 04-cv-10587 $DPW$

LUIS SPENCER

### AFFIDAVIT IN SUPPORT

I, Corbin Armstrong, hereby state that the following is true
and accurate to the best of my knowledge:

1. I am the petitioner in the above-entitled matter, styled
Corbin Armstrong v. Luis Spencer, docket number 04-CV-10587.

2. Because I had not heard any communication from the Court,
I wrote a letter dated 8/5/05, requesting an updated docket entry
sheet, which was received on August 20, 2005.

3. In the updated docket entry sheet it indicated that my
petition for writ of habeas corpus was dismissed on 2/10/05.

4. I have not received notice of this dismissal other than
the docket entry sheet from the Clerk.

5. I had not been aware of this dismissal, or the decision
of the Judge in the foregoing matter.

Signed under the pains and penalties of perjury on this 22nd
day of August, 2005.

x Corbin R Armstrong
Corbin Armstrong