UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CORBIN ARMSTRONG,
    Petitioner,

v.

LUIS SPENCER,
    Respondent.

NO. 1:04-CV-10587-1 W

## LATE NOTICE OF APPEAL

Now comes the petitioner, Corbin Armstrong, respectfully moves this Honorable Court moves for a late notice of appeal, i conjunction with the district court dismissal of his petition.

The petitioner asserts that because he was never served th denial by the Court, he was deprived of the opportunity to time file his appeal.

WHEREFORE, the petitioner prays that this Honorable Court will allow this motion.

Respectfully submitted,

*Corbin R Armstrong*

Corbin Armstrong
P.O. Box 43
Norfolk, MA 02056

Dated: 9-20-05

## CERTIFICATE OF SERVICE

I hereby state that I have served a copy of the foregoing motion to the respondent's counsel at One Ashburton Place, Boston, MA 02108, by first class mail, postage prepaid on this 20th day of September, 2005.

*Corbin R Armstrong*
Corbin Armstrong