# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10587

Corbin Armstrong

v.

Luis Spencer

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/26/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 29, 2005.

Sarah A Thornton, Clerk of Court

By: _____

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/29/05

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-10587-DPW

Armstrong v. Spencer
Assigned to: Judge Douglas P. Woodlock
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 03/17/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Corbin Armstrong**      represented by  **Corbin Armstrong**
MCI Norfolk
P.O. Box 43
Norfolk, MA 02056-0073
PRO SE

V.

**Respondent**

**Luis Spencer**      represented by  **Annette C. Benedetto**
Department of Attorney General
McCormack Building
One Ashburton Place
Boston, MA 02208
617-727-2200
Fax: 617-727-5755
Email: Annette.Benedetto@AGO.state.ma.us

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2004 |  | Case received for filing without payment of the filing fee or submission of an application to waive the prepayment of the filing fee. (Jenness, Susan) (Entered: 03/26/2004) |
| 03/17/2004 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 , filed by Corbin Armstrong.(Jenness, Susan) (Entered: 03/26/2004) |
| 03/17/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Jenness, Susan) (Entered: 04/22/2004) |
| 03/26/2004 | 2 | Judge Douglas P. Woodlock : ORDER entered: SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due April 20, 2004.(Greenberg, Rebecca) (Entered: 03/26/2004) |
| 03/30/2004 | 3 | Judge Douglas P. Woodlock : ORDER entered. (1) The Clerk is directed to re-file the March 17, 2004 habeas petition submitted by Armstrong in a new action, Armstrong v. Spencer, C.A. No. 04-10587-DPW; (2) If Armstrong wishes to proceed with this action, he shall, within 42 days of the date of this order, submit the $5 filing fee or an application to waive prepayment of the filing fee with a certified account statement for the 6-month period immediately preceding the filing of this petition or this action will be dismissed without prejudice for failure to pay the filing fee; (3) All future filings by Armstrong or the Respondent shall bear the case number of the new action, C.A. No. 04-10587-DPW; and (4) The Clerk is directed to send plaintiff an application to proceed without prepayment of fees and affidavit with this |

| | | |
|---|---|---|
| | | order.(Weissman, Linn) (Entered: 03/30/2004) |
| 03/30/2004 | | Set Deadlines/Hearings: Filing fee payment or submission of application to proceed without prepayment of fees due by 5/11/2004. (Weissman, Linn) (Entered: 03/30/2004) |
| 04/01/2004 | 4 | CERTIFICATE OF SERVICE by Corbin Armstrong re 1 Petition for writ of habeas corpus (28:2254). (Rynne, Michelle) (Entered: 04/12/2004) |
| 04/08/2004 | | Filing fee: $ 5.00, receipt number 55182 regarding Filing fee for Renewed and Revised Habeas Corpus Petition (Rynne, Michelle) (Entered: 04/21/2004) |
| 04/21/2004 | 5 | MOTION for Extension of Time to 6/25/04 to File Response as to 1 Petition for writ of habeas corpus (28:2254) by Luis Spencer.(Rynne, Michelle) (Entered: 04/26/2004) |
| 04/26/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 5 MOTION for Extension of Time to 6/25/04 to File Response as to 1 Petition for writ of habeas corpus. No further enlargements will be permitted. (Greenberg, Rebecca) (Entered: 04/26/2004) |
| 04/26/2004 | | Judge Douglas P. Woodlock : Electronic ORDER FOR ELECTRONIC FILING entered: It is hereby ORDERED that, from the date of this order, unless leave is granted upon good cause shown to file paper documents in lieu of electronic filing via this Court's CM/ECF system, ALL future submissions in this case must be electronically filed. Such filings shall be made in accordance with, and subject to, the terms and conditions of electronic filing as set forth by this Court. All parties and counsel who choose to appear in this action must make arrangements to register for participation in electronic case filing, if they have not already done so. In addition to electronically filing any |

|  |  |  |
|---|---|---|
|  |  | pleading, all parties and counsel shall also file all submissions relating to motions and dispositive matters with the Court in hard copy, clearly marked 'Courtesy Copy - Do Not Scan" on the cover page of each pleading/submission (notations in a cover letter is not deemed sufficient). Courtesy copies of Joint Statements and Status Reports shall also be provided. It is FURTHER ORDERED that Notices, Orders and Memoranda of the Court will only be filed and served electronically. Once a party or counsel has registered for electronic filing, it is his/her responsibility to monitor his/her e-mail to ensure receipt of electronic notices. Any changes in e-mail addresses must be reported to the Court immediately. Information and help on how to register for CM/ECF may be found at this Court's website, at www.mad.uscourts.gov. The pro se Petitioner is relieved of the obligations for electronic filing under this Order.(Greenberg, Rebecca) (Entered: 04/26/2004) |
| 06/25/2004 | 6 | ANSWER to Complaint by Luis Spencer.(Rynne, Michelle) (Entered: 06/28/2004) |
| 06/25/2004 | 7 | SUPPLEMENTAL ANSWER to Complaint by Luis Spencer. (Bound document - not scanned)(Rynne, Michelle) (Entered: 06/28/2004) |
| 08/23/2004 | 8 | CORRECTED Respondent's Supplemental EXHIBITS 5-9 re 7 Supplemental Answer to Complaint by Luis Spencer. (BOUND - NOT SCANNED) (Rynne, Michelle) (Entered: 08/25/2004) |
| 08/23/2004 | 9 | MOTION to Dismiss by Luis Spencer.(Rynne, Michelle) (Entered: 08/25/2004) |
| 08/23/2004 | 10 | MEMORANDUM in Support re 9 MOTION to Dismiss filed by Luis Spencer. (Rynne, Michelle) (Entered: 08/25/2004) |
| 09/02/2004 | 11 | Opposition re 9 MOTION to Dismiss filed by Corbin |

| | | |
|---|---|---|
| | | Armstrong. (Rynne, Michelle) (Entered: 09/08/2004) |
| 09/02/2004 | 12 | MEMORANDUM in Opposition re 9 MOTION to Dismiss filed by Corbin Armstrong. (Rynne, Michelle) (Entered: 09/08/2004) |
| 02/08/2005 | 13 | TRANSCRIPT of Proceedings held on October 12-15, 1999 before Judge Sweeney J.,. Court Reporter: Hilary O. Winslow. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. UNSCANNABLE (Nici, Richard) (Entered: 02/09/2005) |
| 02/08/2005 | 15 | CERTIFICATE OF SERVICE by Luis Spencer re [13] Transcript,. (Nici, Richard) (Entered: 02/10/2005) |
| 02/10/2005 | 14 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER entered granting 9 Motion to Dismiss (Woodlock, Douglas) (Entered: 02/10/2005) |
| 02/10/2005 | 16 | Judge Douglas P. Woodlock : ORDER entered. ORDER DISMISSING CASE(Rynne, Michelle) (Entered: 02/10/2005) |
| 08/25/2005 | 17 | Letter/request (non-motion) from Corbin Armstrong. (Nici, Richard) (Entered: 08/26/2005) |
| 08/25/2005 | 18 | Letter/request (non-motion) from Corbin Armstrong. (Nici, Richard) (Entered: 08/26/2005) |
| 08/25/2005 | 19 | AFFIDAVIT in Support re 18 Letter/request (non-motion). (Nici, Richard) (Entered: 08/26/2005) |
| 09/26/2005 | 20 | NOTICE OF APPEAL by Corbin Armstrong. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/17/2005. (Nici, Richard) (Entered: 09/28/2005) |