**CERTIFIED COPY**

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

---

No. 05-2466

CORBIN ARMSTRONG,
Petitioner, Appellant,

v.

LUIS SPENCER,
Respondent, Appellee.

---

ORDER OF COURT

Entered: October 28, 2005

In light of appellant's motion for an extension of time, which crossed in the mail with this court's default judgment, we hereby vacate the default judgment of October 25, 2005 and reinstate the appeal. The time for responding to the October 4, 2005 show cause order is extended to November 10, 2005.

By the Court:

Richard Cushing Donovan, Clerk

By  MARGARET CARTER
     Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature]  Date: 10-28-5

[Cert. cc: Hon. Douglas P. Woodlock and Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Mr. Armstrong and Ms. Benedetto]