12-29-05

Dear Clerk,

May I please have an updated docket entry for case # 1:04-CV-10587-DPW Armstrong v. Spencer. Thank you

Corbin Armstrong W67212
MCI Norfolk
P.O. Box 43
Norfolk Ma
02056

Sincerely
Corbin R Armstrong