United States Court of Appeals
For the First Circuit

MANDATE

04-10587

No. 05-2466

CORBIN ARMSTRONG,

Petitioner, Appellant,

v.

LUIS SPENCER,

Respondent, Appellee.

Before

Boudin, <u>Chief Judge</u>,
Campbell, and Stahl, <u>Senior Circuit Judges</u>.

JUDGMENT

Entered: December 29, 2005

Because no timely notice of appeal was filed, this appeal is dismissed. Fed. R. App. P. 4(a)(1)(30 day limit on filing notice of appeal). Appellant states that he did not receive timely notice of the dismissal of his § 2254 petition. If that is so, then appellant could have proceeded under Fed. R. App. P. 4(a)(6), but he does not appear to have done so, and it is now too late.

<u>Dismissed</u>.

By the Court:

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk.

Richard Cushing Donovan, Clerk

MARGARET CARTER

By: _____
Chief Deputy Clerk.

Deputy Clerk

Date: JAN 27 2006

[cc: Mr. Armstrong and Ms. Benedetto]