UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CORBIN ARMSTRONG,
    Petitioner,

v.                 04-CV-10587

LUIS SPENCER,
    Defendant.

FILED
IN CLERKS OFFICE

2006 MAR 21  P 12:53

U.S. DISTRICT COURT
DISTRICT OF MASS.

MOTION FOR RELIEF OF JUDGMENT
PURSUANT TO RULE 60(b)

    Now comes the petitioner in the above-entitled matter and respectfully moves this Honorable Court to Reconsider, the decision in the above-entitled matter, whereas, the Clerk has 'mistakenly failed to communicate to, and failed to provide the petitioner' that his case was dismissed preventing him from being able to appeal or challenged the decision of this Court. Deprived this information has tremendously affected the petitioner in all proceedings.

    Petitioner asserts that because of this error under Rule 60(b), he is entitled to an hearing to determine the detrimental damages, this error has caused, including all available remedies and proceedings.

    For these reasons, the petitioner prays that this Honorable Court grant because of the cumulative denials, is entitled to relief of judgment so that a proper review of these claims.

Dated: 3/14/06

Respectfully submitted,
x Corbin R Armstrong
Corbin Armstrong
P.O. Box 43
Norfolk, MA 02056

### Certificate of Service

I hereby state that a copy of the foregoing motion was mailed on the Attorney General Office, by first class mail, on this 18th day of March, 2006.

*Corbin R Armstrong*
Corbin Armstrong