UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CORBIN ARMSTRONG,

v.   C.A. NO. 04-cv-10587

LUIS SPENCER

AFFIDAVIT IN SUPPORT OF MOTION
PURSUANT TO RULE 60(b)

I, Corbin Armstrong, hereby state that the following is true and accurate to the best of my knowledge:

1. I am the petitioner in the above-entitled matter.

2. I petition this Honorable Court for a writ of habeas corpus seeking to challenge my state conviction.

3. During this process, I have claimed my indigency and with the help or assistance of other inmates.

4. In complying with the ruling of this Court I have acted at all times in accordance to all rules.

5. When this Court dismissed my petition, I was never received notice, nor do I know the reasons for the Court's denial.

6. All efforts to obtain information in ¶ 5, has deprived me the opportunity to fully exhausted or appeal the ruling.

7. It is because of the allegations outlined in 1 to 6, I feel a hearing is necessary to address the foregoing claim.

Signed under the pains and penalties of perjury on this 17th day of March, 2006.

x Corbin R Armstrong
Corbin Armstrong
P.O. Box 43
Norfolk, MA 02056